IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

Theodore Cohen,

        Plaintiff,

vs.

Estate of Gabriel Lionel,

        Defendant.

Civil No.: 2011-0077

## CONSENT JUDGMENT FOR DEBT AND FORECLOSURE

**COMES NOW**, Plaintiff, Theodore Cohen, and Defendant, Estate of Gabriel Lionel through its Executor Shurn Lionel as the parties to this suit have hereby entered into this Consent Judgment as set forth below:

Defendant warrants it is the legal capacity to enter into this Consent Judgment as the owner of the following described property:

> Plot No.5 36-E (0.50 acres) and Plot 36-F (0.49 acres) both of Estate LaGrande Princesse, Company Quarter, St. Croix, United States Virgin Islands as more fully shown on O.L.G. Drawing No. D9-5962-C008 dated July 17, 2008.

Plaintiff has filed suit to foreclose its mortgage on the above property due to Defendant's failure to make payments in accordance with the promissory note secured by the mortgage.

As of the date of the filing of this Consent Judgment, Defendant is indebted to Plaintiff for the sum of _$289,279.18_ as reflected in the statement attached as **Exhibit 1**. This matter is scheduled for a trial on or about July 21, 2014. In order to avoid the cost and expenses associated with the trial the parties agreed to enter this Consent Judgment on the date it is signed by both parties. In order to give Defendant one last chance to effectuate alternative

Consent Judgment
Theodore Cohen v. Estate of Gabriel Lionel
Page 2

financing; the parties further agree that this Consent Judgment is to become effective on September 21, 2014. The amount set forth above is justly due from Defendant to Plaintiff at this time, and Defendant acknowledges he is obligated to make payment to the Plaintiff the amount due, and that Defendant is entitled to foreclose the mortgage on the debt. If the debt supported by this Consent Judgment is not paid by September, 21, 2014, this Consent Judgment becomes effective and Plaintiff may proceed with collection of the debt by any and all means including particularly foreclosure of the afore-mentioned real property.

Defendant has entered into this Consent Judgment after receiving such independent legal advice and review as it deems to be appropriate.

**WHEREFORE**, Defendant and Plaintiff have entered into this Consent Judgment and assumed the obligations and duties set forth above.

Defendant:

Dated: 6/__/14, 2014      _____ and _____
                          Estate of Gabriel Lionel

                          Scot F. McChain
                          Attorney at Law

### ACKNOWLEDGMENT

TERRITORY OF THE U.S. VIRGIN ISLANDS  )
                                      ) ss:
DISTRICT OF St. Croix                 )

On this ___ day _____, before me personally came and appeared Shuru Lionel known to me (or satisfactorily proved) to be the individual described in and who executed the foregoing instrument, and he acknowledged that he signed the same freely and voluntarily for the purposes therein contained.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

_____
Notary Public

Scot F. McChain, Esq.
Notary Public. St. Croix, USVI
NP Commission #LNP 017-10
My Commission Expires June 23, 2014

2

Consent Judgment
Theodore Coben v. Estate of Gabriel Lionel
*Page 3*

SO ORDERED this _25th_ day of _June_, 2014.

_____
Hon. Judge Wilma Lewis

3